Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

408-286-5150

Attorney for PATRICK PANELLI

**E-Filed 3/9/09**

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PANELLI,<br>　　　　　　　Plaintiff,<br>v.<br>OFFICER MARTIN WALLACE, BADGE NO. 3922, a San Jose police officer; CITY OF SAN JOSE, a public entity; ROBERT DAVIS, individually and in his capacity as the Chief of Police for the City of San Jose; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; DOES 1 through 10,<br>　　　　　　　Defendants. | No. C 08-05077 RS<br><br>STIPULATION AND<br>[PROPOSED] ORDER TO<br>CONTINUE CASE<br>MANAGEMENT CONFERENCE |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

Stipulation and [Proposed] Order to Continue Case Management Conference
C 08-05077 RS                                                                                                          Page 1

2:30 p.m.

1. To continue the Case Management Conference to April 28, 2009 at ~~a time to be determined by the court~~.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Counsel for defendants, Robert Burchfiel and Steven Dippell, are both out of the area for a short time, and the parties need time to meet and confer and make disclosures prior to the first conference.

Dated: 6 March 2009

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
ANTHONY BOSKOVICH,
Attorney for Patrick Panelli

Dated: 6 March 2009

**OFFICE OF THE CITY ATTORNEY**

         /s/
By:_____
CLIFFORD GREENBERG
Attorney for defendants

**It is so ordered:**

Dated: March 9, 2009

_____
The Honorable Richard Seeborg
United States Magistrate Judge

Stipulation and [Proposed] Order to Continue Case Management Conference
C 08-05077 RS                                                    Page 2