ANTHONY BOSKOVICH, Attorney (#121198)
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, CA 95113-1210
Telephone Number: (408) 286-5150
Facsimile Number: (408) 286-5170
E-Mail Address: policemisconduct@compuserve.com

Attorney for Plaintiff, PATRICK PANELLI


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE & ROBERT DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PANELLI, | Case Number: C08-05077 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE MEDIATION** |
| OFFICER MARTIN WALLACE, et al. | **AS AMENDED BY THE COURT** |
| Defendants. | |

Both parties to this matter mutually agree that the continuation of this mediation for a date to be determined between thirty to forty-five days from this date would be beneficial

1

STIPULATION AND ORDER TO CONTINUE MEDIATION     Case Number: C08-05077 RS

549325

to potential resolution and request said continuance.  United States District Court Mediator John Skelton is in agreement with this request.

Dated:  February 10, 2010

Respectfully submitted,

By: _____/s/_____
ANTHONY BOSKOVICH
Attorney at Law

Attorney for Plaintiff, PATRICK PANELLI

RICHARD DOYLE, City Attorney

Dated:  February 10, 2010

By: _____/s/_____
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorney for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE and ROBERT DAVIS

## ORDER

~~With good cause appearing, the mediation in the above matter currently scheduled for mediation on February 11, 2010 is to be continued to a mutually agreeable date thirty to forty-five days from this date.~~  **

Dated:  02/11/2010

By: _[signature]_
United States District Court Judge,
Northern District of California
San Jose Division

**The mediation deadline in this case was set for January 20, 2010, 90 days after the case management scheduling order.  In accordance with the parties' request, this deadline is continued to March 31, 2010.

The details of scheduling the mediation are left to be worked out between the parties and the Court-appointed mediator.