*E-Filed 02/11/2010*

1  ANTHONY BOSKOVICH, Attorney (#121198)
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, CA  95113-1210
3  Telephone Number:  (408) 286-5150
   Facsimile Number:  (408) 286-5170
4  E-Mail Address:  policemisconduct@compuserve.com

5  Attorney for Plaintiff, PATRICK PANELLI

6

7  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
8  ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
   STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
9  Office of the City Attorney
   200 East Santa Clara Street
10 San José, California  95113-1905
   Telephone Number: (408) 535-1900
11 Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
12
   Attorneys for Defendants, OFFICER MARTIN
13 WALLACE, CITY OF SAN JOSE & ROBERT DAVIS

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 PATRICK PANELLI,                    Case Number: C08-05077 RS

20         Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                       **ORDER TO CONTINUE MEDIATION**
21     v.                              **AS AMENDED BY THE COURT**

22 OFFICER MARTIN WALLACE, et al.

23         Defendants.

24

25     Both parties to this matter mutually agree that the continuation of this mediation for

26 a date to be determined between thirty to forty-five days from this date would be beneficial

27

28
                                       1
   STIPULATION AND ORDER TO CONTINUE MEDIATION        Case Number:  C08-05077 RS
                                                                         549325

1 to potential resolution and request said continuance.  United States District Court
2 Mediator John Skelton is in agreement with this request.

Respectfully submitted,

Dated:  February 10, 2010     By:  _____/s/_____
                                   ANTHONY BOSKOVICH
                                   Attorney at Law

Attorney for Plaintiff, PATRICK PANELLI

RICHARD DOYLE, City Attorney

Dated:  February 10, 2010     By:  _____/s/_____
                                   ROBERT BURCHFIEL
                                   Sr. Deputy City Attorney

Attorney for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE and ROBERT DAVIS

### **ORDER**

~~With good cause appearing, the mediation in the above matter currently scheduled for mediation on February 11, 2010 is to be continued to a mutually agreeable date thirty to forty five days from this date.~~  **

Dated: 02/11/2010     By: _____[signature]_____
                          United States District Court Judge,
                          Northern District of California
                          San Jose Division

**The mediation deadline in this case was set for January 20, 2010, 90 days after the case management scheduling order.  In accordance with the parties' request, this deadline is continued to March 31, 2010.

The details of scheduling the mediation are left to be worked out between the parties and the Court-appointed mediator.