ANTHONY BOSKOVICH, Attorney (#121198)
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, CA 95113-1210
Telephone Number: (408) 286-5150
Facsimile Number: (408) 286-5170
E-Mail Address: policemisconduct@compuserve.com

Attorney for Plaintiff, PATRICK PANELLI


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, OFFICER MARTIN
WALLACE, CITY OF SAN JOSE & ROBERT DAVIS

*E-Filed 02/25/2010*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PANELLI,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICER MARTIN WALLACE, et al.<br><br>      Defendants. | Case Number: C08-05077 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE DISMISSAL** |

EACH party agrees and stipulates that Plaintiff, PATRICK PANELLI, will dismiss this entire action with prejudice in consideration of Defendants, CITY OF SAN JOSE and OFFICER WALLACE waiving any and all attorney's fees and costs.

1

STIPULATION AND ORDER RE DISMISSAL        Case Number: C08-05077 RS

634269

Respectfully submitted,

Dated: February 25, 2010

By: _____/s/_____
ANTHONY BOSKOVICH
Attorney at Law

Attorney for Plaintiff, PATRICK PANELLI

RICHARD DOYLE, City Attorney

Dated: February 25, 2010

By: _____/s/_____
ROBERT BURCHFIEL
Sr. Deputy City Attorney

Attorney for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE and ROBERT DAVIS

## ORDER

With good cause appearing, it is hereby ordered that the above action be dismissed with prejudice.

Dated: 02/25/2010

By: _____[signature]_____
United States District Court Judge,
Northern District of California
San Jose Division

---

STIPULATION AND ORDER RE DISMISSAL

2

Case Number: C08-05077 RS

634269