| | |
|---|---|
| ANTHONY BOSKOVICH, Attorney (#121198)<br>Law Offices of Anthony Boskovich<br>28 N. First Street, 6th Floor<br>San Jose, CA  95113-1210<br>Telephone Number:  (408) 286-5150<br>Facsimile Number:  (408) 286-5170<br>E-Mail Address:  policemisconduct@compuserve.com | *E-Filed 02/25/2010* |

Attorney for Plaintiff, PATRICK PANELLI

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE & ROBERT DAVIS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICK PANELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER MARTIN WALLACE, et al.<br><br>　　　　　Defendants. | Case Number:  C08-05077 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE DISMISSAL** |

EACH party agrees and stipulates that Plaintiff, PATRICK PANELLI, will dismiss this entire action with prejudice in consideration of Defendants, CITY OF SAN JOSE and OFFICER WALLACE waiving any and all attorney's fees and costs.

1

STIPULATION AND ORDER RE DISMISSAL                                                       Case Number:  C08-05077 RS

634269

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: February 25, 2010 | By: /s/ |
| | ANTHONY BOSKOVICH |
| | Attorney at Law |
| | Attorney for Plaintiff, PATRICK PANELLI |
| | RICHARD DOYLE, City Attorney |
| Dated: February 25, 2010 | By: /s/ |
| | ROBERT BURCHFIEL |
| | Sr. Deputy City Attorney |
| | Attorney for Defendants, OFFICER MARTIN WALLACE, CITY OF SAN JOSE and ROBERT DAVIS |

## ORDER

With good cause appearing, it is hereby ordered that the above action be dismissed with prejudice.

Dated: 02/25/2010            By: *[signature]*
United States District Court Judge,
Northern District of California
San Jose Division

---

STIPULATION AND ORDER RE DISMISSAL                              Case Number: C08-05077 RS

634269